UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
WESTCHESTER FIRE INSURANCE                                     :
COMPANY,                                                       :     **ORDER**
                                                               :
                              Plaintiff,                       :     21 Civ. 6232 (AKH)
           -against-                                           :
                                                               :
SOLAR OPCO, LLC, SOLAR LEASING, LLC,                           :
f/k/a BRIGHTERGY, LLC, and                                     :
BRIGHTERGYSAVINGS 1, LLC,                                      :
                                                               :
                              Defendants.                      :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        This case having been settled and closed, no action is required with respect to

Plaintiff's letter motion requesting an extension of time to replead (ECF No. 34).

        The Clerk of Court shall terminate ECF No. 34.

        SO ORDERED.

Dated:       September 20, 2022                      ____/s/ Alvin K. Hellerstein_____
             New York, New York                         ALVIN K. HELLERSTEIN
                                                        United States District Judge

1